IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CIVIL ACTION |
| | : | |
| v. | : | NO. 16-5651 |
| | : | |
| DEBRA E. BRANHAM | : | |

## ORDER

**NOW**, this 30th day of January, 2017, upon consideration of the plaintiff's failure to serve the summons and the complaint, and to respond to the notice sent to counsel dated December 30, 2016, it is **ORDERED** that the complaint is **DISMISSED WITHOUT PREJUDICE** pursuant to Fed. R. Civ. P. 4(m).

/s/ Timothy J. Savage
TIMOTHY J. SAVAGE, J.